UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CATHERINE MONROE, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 4:19-cv-05039 |
| ASSETCARE LLC; CF MEDICAL LLC; and JOHN DOES, | § § § § | |
| Defendants. | § § | |

**JOINT NOTICE OF PENDING CLASS SETTLEMENT**

Plaintiff, Catherine Monroe individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants, AssetCare, LLC, CF Medical, LLC (collectively "Defendants"), through counsel and pursuant to the Federal Rules of Civil Procedure, hereby notify the Court that the Parties have tentatively reached a proposed class settlement of the above-referenced matter. The Parties are currently drafting the settlement agreement, motion for preliminary approval and associated settlement documents. The Parties have agreed to file the motion for preliminary approval and associated documents with the Court 30 days from the date of this Notice.

Dated this 26th day of August, 2020.

Respectfully submitted:

*/s/ Andrew T. Thomasson*
Andrew T. Thomasson, Attorney-in-Charge
NJ Bar No. 048362011; SDTX No. 2347873
Katelyn B. Busby
AR Bar No. 2014133; SDTX No. 3466595
STERN•THOMASSON LLP
150 Morris Avenue, 2nd Floor
Springfield, NJ 07081-1315
Telephone: (973) 379-7500
E-Mail: andrew@sternthomasson.com

*/s/ Whitney L. White*
Whitney L. White, Attorney-in-Charge
TX Bar. No. 24075269; SDTX No. 1330256
SESSIONS, FISHMAN, NATHAN & ISRAEL
900 Jackson Street, Suite 440
Dallas, TX 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3098
Email: wwhite@sessions.legal

1

E-Mail: katelyn@sternthomasson.com

*Attorneys for Plaintiff,*
*Catherine Monroe*

James K. Schultz
CA Bar No. 309945
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Telephone: (619) 758-1891
Facsimile: (877) 334-0661
Email: jschultz@sessions.legal

*Attorneys for Defendants,*
*AssetCare LLC and CF Medical LLC*